UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**KEVIN OLLIE,**
        **Plaintiff,**

  v.                                                          Case No. 25-C-1793

**KRISTEN LEDLOW,**
        **Defendant.**

---

## ORDER

Magistrate Judge Nancy Joseph issued a report and recommendation in which she recommended dismissing this case for failure to pay and assessing a "strike" under 28 U.S.C. § 1915(g) for filing a frivolous lawsuit. ECF No. 5. The report and recommendation was mailed to Plaintiff at the address listed on the docket on the day the order was issued, January 13, 2026, then remailed to Plaintiff at a new address, on January 28, 2026, because the original mailing returned to the court as undeliverable. ECF Nos. 5 & 6. Under Federal Rule of Civil Procedure 72(b)(2) and General Local Rule 72(c), Plaintiff had 14 days to file written objections to the order. That time expired on February 11, 2026, without Plaintiff having filed an objection. Moreover, I have reviewed the order de novo and find that no part of it is erroneous or contrary to law.

Accordingly, **IT IS ORDERED** that Magistrate Judge Nancy Joseph's recommendation is **ACCEPTED**. This action is dismissed for failure to pay and as frivolous. The Clerk of Court shall enter final judgment and record that Plaintiff has incurred a "strike" under 28 U.S.C. § 1915(g) for filing a frivolous lawsuit. Plaintiff is advised that he may appeal this order and the judgment to follow to the United States Court of Appeals for the Seventh Circuit by filing a notice of appeal with the district court

within thirty days after entry of judgment. However, Plaintiff should be aware that if the court of appeals deems the appeal meritless, he may be assessed a second strike. If Plaintiff appeals, he will be liable for the $605.00 appellate filing fee regardless of the appeal's outcome.

Dated at Milwaukee, Wisconsin this 23rd day of February, 2026.

/s/ Lynn Adelman
LYNN ADELMAN
United States District Judge